**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   Gregory A Morin, Sr.<br>   Christine M Morin<br>        Debtor(s) | Case No. 16-39855 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/20/2016.

2) The plan was confirmed on 02/24/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/01/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/30/2017, 12/29/2017.

5) The case was converted on 01/18/2018.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,325.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$8,325.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,490.60 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $432.69 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,923.29** |
| Attorney fees paid and disclosed by debtor: | $631.60 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACAR LEASING LTD DBA GM FINANC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 15,575.00 | 15,481.00 | 15,481.00 | 1,527.08 | 421.45 |
| ALLY FINANCIAL | Unsecured | NA | 314.68 | 314.68 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 782.48 | 782.48 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 333.00 | 370.72 | 370.72 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 180.49 | 180.49 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 15,431.00 | 15,431.00 | 15,431.00 | 1,643.02 | 309.50 |
| CARMAX AUTO FINANCE | Secured | 19,763.00 | 19,763.00 | 19,763.00 | 2,104.26 | 396.40 |
| CARMAX AUTO FINANCE | Unsecured | NA | 929.52 | 929.52 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 128.00 | 109.40 | 109.40 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 61.00 | 51.17 | 51.17 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,281.00 | 1,346.74 | 1,346.74 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,383.00 | 1,383.58 | 1,383.58 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 918.00 | 975.80 | 975.80 | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 1,087.00 | 5,763.38 | 5,763.38 | 0.00 | 0.00 |
| CW NEXUS CREDIT CARD HOLDINGS | Unsecured | 551.00 | 421.47 | 421.47 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 762.00 | 800.30 | 800.30 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 488.00 | 488.29 | 488.29 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,724.00 | 1,759.61 | 1,759.61 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,269.00 | 1,375.59 | 1,375.59 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 979.00 | 952.49 | 952.49 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 296.00 | 337.86 | 337.86 | 0.00 | 0.00 |
| MIDSTATE COLLECTION | Unsecured | 310.00 | 310.00 | 310.00 | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 1,305.98 | 4,810.70 | 4,810.70 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 511.00 | 548.12 | 548.12 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,225.00 | 1,225.20 | 1,225.20 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 826.00 | 840.48 | 840.48 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 786.00 | 786.63 | 786.63 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 571.00 | 607.30 | 607.30 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 220.00 | 220.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 798.79 | 798.79 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 260.00 | 340.65 | 340.65 | 0.00 | 0.00 |
| IT COSMETICS | Unsecured | 161.82 | NA | NA | 0.00 | 0.00 |
| EPIC GROUP SC | Unsecured | 58.07 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD/LEG | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS BANK/BLAZE | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| GENESIS BC/CELTIC BANK | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC/C | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC/C | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS/MIL | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/DEMASK FAMILY ME | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/OSWALT GENERAL SU | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/TOUSSAINT OBSTETR | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/GRUNDY RADIOLOGI | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/MORRIS HOSPITAL | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/GRUNDY RADIOLOGI | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 935.24 | NA | NA | 0.00 | 0.00 |
| MABT/CONTFIN | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU/ANEST CON | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU/ANEST CON | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT/CROSSROADS | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| MID AM B&T CREDIT CARD | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP/MORRI | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP/MORRI | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC/MK OR | Unsecured | 226.15 | NA | NA | 0.00 | 0.00 |
| TRESSLER SODERSTROM/LAKEWOO | Unsecured | 922.64 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE/ADVO | Unsecured | 984.25 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $50,675.00 | $5,274.36 | $1,127.35 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$50,675.00** | **$5,274.36** | **$1,127.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,831.44** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,923.29 |
| Disbursements to Creditors | $6,401.71 |
| **TOTAL DISBURSEMENTS :** | **$8,325.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/31/2018        By: /s/ Glenn Stearns
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**